ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | 4-13CR-100-A |
| JAYMIE LYNN SELLERS (01) | § | |
| MARTIN GAYLORD NAVARRO (02) | § | |
| STEVEN RONALD SHORT (03) | § | |
| MELISSA JO SULLIVAN (04) | § | |
| SAMUEL AARON SUKHEWATNA (05) | § | |
| DAVID ALLEN FELTS (06) | § | |
| SYDNEY MELISSA NAVARRO (07) | § | |
| MARTIN NAVARRO (08) | § | |
| a/k/a "Marty" | § | |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or around October 2009, and continuing until on or about March 20, 2013, in the Fort Worth Division of the Northern District of Texas, defendants **Jaymie Lynn Sellers, Martin Gaylord Navarro, Steven Ronald Short, Melissa Jo Sullivan, Samuel Aaron Sukhewatna, David Allen Felts, Sydney Melissa Navarro,** and **Martin Navarro,** also known as Marty, and others, both known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree to engage in

Indictment - Page 1

conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

JOSHUA T. BURGESS
Assistant United States Attorney
Texas State Bar No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

JAYMIE LYNN SELLERS (01)
MARTIN GAYLORD NAVARRO (02)
STEVEN RONALD SHORT (03)
MELISSA JO SULLIVAN (04)
SAMUEL AARON SUKHEWATNA (05)
DAVID ALLEN FELTS (06)
SYDNEY MELISSA NAVARRO (07)
MARTIN NAVARRO a/k/a "Marty" (08)

INDICTMENT

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)
(1 COUNT)

A true bill rendered:

DALLAS                                                                    FOREPERSON

Filed in open court this 18th day of June, A.D. 2013.

Custody as to all defendants

UNITED STATES MAGISTRATE JUDGE
(Magistrate Court Number: 4:13-MJ-179-BJ)