ORIGINAL

Case 4:13-cr-00100-A   Document 261   Filed 01/14/14   Page 1 of 2   PageID 804

READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

**District Court**
USDC/NDTX (Fort Worth Division)

**District Court Docket Number**
4:13-CR-100-6   4:13-CR-100-A-6

**Short Case Title** USA v. David Allen Felts

**Court Reporter** Debbie Saenz

**Date Notice of Appeal Filed by Clerk of District Court** 12/19/2013

**Court of Appeals #** 13-11388

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 4 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- [ ] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [X] This is to order a transcript of the following proceedings: (check appropriate box)

  Voir dire [ ];  Opening statement of plaintiff [ ];  defendant [ ];
  Closing argument of plaintiff [ ];  defendant [ ];  Opinion of court [ ];
  Jury instructions [ ];  Sentencing [ ];  Bail hearing [ ];

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 07/03/2013 | Arraignment | Magistrate Judge Jeffrey L. Cureton |
| 08/09/2013 | Re-Arraignment/Plea | District Judge John McBryde |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANCEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds;
- [X] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;   [ ] Advance Payment waived by reporter;   [ ] U.S. Government Funds;
- [ ] Other

**Signature** C. Souza

**Print Name** Christian T. Souza

**Address** 4303 N. Central Expressway, Dallas, TX 75205

**Date Transcript Ordered** 01/13/2014

**Counsel for** Defendant-Appellant David Allen Felts

**Phone Number** +1 (214) 862-7462

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received   [ ] Unable to contact ordering party   [ ] Other (Specify) _____

**Date** _____  **Signature of Court Reporter** _____  **Telephone** _____

Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

**Date** _____  **Signature of Court Reporter** _____

DKT-13 (5/96) modified 07/07 NDTX

**LAW OFFICE OF
CHRISTIAN T. SOUZA**

4303 N. Central Expressway
Dallas, Texas 75205

Tel. (214) 862-7462 • Fax (214) 696-0867

souzalawdallas.com

RECEIVED
JAN 14 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

January 14, 2013

Clerk's Office
United States District Court
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, Texas 76102-3673

    Re:   USA v. David Allen Felts
           District Court No. 4:13-cr-00100-A
           Appeal No. 13-11388

Dear Clerk:

Please find enclosed the paper copies of the Transcript Orders that are submitted in lieu of electronic filings per the District Court's requirements.

Please contact me if you have any questions or concerns.

Respectfully,

*[signature]*

Christian T. Souza