

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 03, 2015

Ms. Karen S. Mitchell  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 310  
Fort Worth, TX 76102

    No. 13-11388    USA v. David Felts  
                        USDC No. 4:13-CR-100-6

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Charlene A. Vogelaar, Deputy Clerk  
                        504-310-7648

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 2, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: David Allen Felts
        v. United States
        No. 14-8268
        (Your No. 13-11388)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris, Clerk**