IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 3 2017

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

United States of America )
v. )
 )
DAVID ALLEN FELTS ) Case No: 4:13-CR-100-A (6)
 ) USM No: 46027-177
 )
Date of Original Judgment: 12/13/2013 )
Date of Previous Amended )
Judgment Reducing Sentence: N/A ) David Allen Felts, Pro Se
 )

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

The court has concluded that the motion of defendant **DAVID ALLEN FELTS** under 18 U.S.C. § 3582(c)(2) for a reduction in his term of imprisonment should be denied for the reasons set forth below.

Therefore,

The court ORDERS that such motion be, and is hereby, denied.

The previous and amended offense levels are as follows:

| | |
|---|---|
| Previous Base Offense Level: | 38 |
| Specific Offense Characteristics: | +2, +2 |
| Victim Related Adjustment: | 0 |
| Adjustment for Role: | +3 |
| Adjustment for Obstruction: | +2 |
| Adjusted Offense Level: | 47 |
| Adjustment for Acceptance: | 0 |
| Chapter Four Enhancements: | 0 |
| Previous Total Offense Level: | 43 |

```
Amended Base Offense Level:         36
Specific Offense Characteristics:   +2, +2
Victim Related Adjustment:          0
Adjustment for Role:                +3
Adjustment for Obstruction:         +2
Adjusted Offense Level:             45
Adjustment for Acceptance:          0
Chapter Four Enhancements:          0
Amended Total Offense Level:        43
```

The reason for the denial is that defendant does not meet the criteria set forth in 18 U.S.C. § 3582(c) and USSG §1B1.10(d). Although defendant's Base Offense Level is reduced by Amendment 782 from 38 to 36, his Total Offense Level remains at 43, and the guideline range of imprisonment based upon a Total Offense Level of 43 and a Criminal History Category of VI remains 480 months. Thus, Amendment 782 has no effect on the amended guideline range. Pursuant to USSG §1B1.10(a)(2)(B), since the amendment does not have the effect of lowering defendant's applicable guideline range, defendant is not eligible for a reduction.

Order Date:    January 13, 2017

_____
JOHN McBRYDE
United States District Judge